■ IMPERIAL ADVERTISING INC., Appellant, et al., Plaintiff, v CORONET PROPERTIES COMPANY, Respondent. [652 NYS2d 511]—Order, Supreme Court, New York County (Paula Omansky, J.), entered April 19, 1996, which, *inter alia*, denied appellant's application to amend the caption of the action and be substituted as plaintiff and for an order directing the sheriff to sell defendant's interest in certain real property and granted defendant's cross motion to dissolve stays and restraints on its property and declare null and void certain restraining notices, unanimously affirmed, with costs.

Plaintiff and defendant agree and submit sworn statements attesting to the fact that, as of October 1, 1994, plaintiff had fully recouped all of the monies owed to her by defendant pursuant to a judgment based on a rent overcharge. Inasmuch as the judgment had been fully satisfied as of this date, plaintiff had no outstanding rights that she could subsequently assign to appellant. Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS JENKINS, Appellant. [652 NYS2d 512]—Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered on or about May 23, 1995 unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.